J. Steve Mostyn, TX SBN 00798389
jsmostyn@mostynlaw.com
Mark Sparks, SBN 296304
mark@mostynlaw.com
**THE MOSTYN LAW FIRM**
3810 W. Alabama Street
Houston, TX  77027
Tel.:   713-861-6616
Fax:   713-861-8084

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| REGINA WEST,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON, et al,<br><br>            Defendant | CASE NO. 2:15-cv-05392-RGK-JEM<br>[Assigned to Hon. R. Gary Klausner]<br><br>**DECLARATION OF MARK SPARKS IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND AND REQUEST FOR EXPEDITED CONSIDERATION AND MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>[Filed concurrently with Motion and [Proposed] Order]<br><br>DATE:       October 26, 2015<br>TIME:       9:00 a.m.<br>CTRM.:     850<br>JUDGE:    Hon. H. Gary Klausner |

# DECLARATION OF MARK SPARKS

I, Mark Sparks, hereby declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California. I am an attorney at Mostyn Law, counsel for Plaintiff in this action. If called as a witness, I could, and would, competently testify to the following based on personal knowledge:

2. Plaintiff served Ethicon, Inc. – the target "Ethicon" defendant – in this matter on January 7, 2014. Out of an abundance of caution, Ethicon, LLC was named in the suit as well. However, Ethicon, LLC was not served because, at the time this suit was filed, both Ethicon LLC and the plaintiffs in the federal MDL had agreed to dismiss Ethicon, LLC from the MDL proceeding, and they were awaiting a ruling from Judge Goodwin to allow for the dismissal. *See* Exhibit 5 to Plaintiff's Motion to Remand (the MDL Plaintiffs' unopposed Motion to Amend Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint filed October 22, 2013). On May 29, 2014, based on the agreement of the MDL Plaintiffs <u>and</u> Ethicon, LLC, the limited liability company was dismissed from the MDL proceeding. *See* Exhibit 6 to Plaintiff's Motion to Remand (MDL Pretrial Order #118 at p.1). Plaintiffs therefore, did not, and from that point forward never intended to, serve Ethicon, LLC.

3. Attached hereto as Exhibit "1" is a true and correct copy of Plaintiff's counsel's letter to Ethicon dated June 22, 2015.

4. Attached hereto as Exhibit "2" is a true and correct copy of Plaintiff's Original Complaint.

5. Attached hereto as Exhibit "3" is a true and correct copy of Plaintiff's Proof of Service of Summons of the Complaint.

6. Attached hereto as Exhibit "4" is a true and correct copy of Defendant Ethicon's Answer to Plaintiff's Complaint.

7. Attached hereto as Exhibit "5" is a true and correct copy of the MDL Plaintiffs' unopposed Motion to Amend Master Long Form Complaint and Jury Demand and Amended Master Short Form Complaint, filed October 22, 2013.

8. Attached hereto as Exhibit "6" is a true and correct copy of MDL Pretrial Order #118.

9. Attached hereto as Exhibit "7" is a true and correct copy of Defendant Ethicon's first Notice of Removal originally filed on February 6, 2014, whereupon the case was remanded to state court. Now, Ethicon has filed a second Notice of Removal removing this case once again to this Court.

10. Attached hereto as Exhibit "8" is a true and correct copy of Remand Orders: *Muller, et al. v. Boston Scientific Corp.*, 2:13-cv-06276 PA (RZ); *Howe, et al. v. Coloplast Corp.*, et al., 2:13-cv-06344 GHK (PLA); *Dekalb, et al. v. C.R. Bard, et al.*, 2:13-cv-06308 DMG (PJW); *Mauck, et al. v. Boston Scientific Corp, et al.,* 2:13-cv-06343 GW (JEM); *Pate, et al. v. Boston Scientific Corp., et al.*, 2:13-cv-06321 BRO (AJW).

11. Attached hereto as Exhibit "9" is a true and correct copy of Plaintiffs' Motion to Remand.

12. Attached hereto as Exhibit "10" is a true and correct copy of Order Granting Plaintiffs' Motion to Remand, Hon. J. Jesus G. Bernal, issued March 12, 2014.

13. Attached hereto as Exhibit "11" is a true and correct copy of Order, J. William Highberger, issued June 19, 2015.

14. Attached hereto as Exhibit "12" is a true and correct copy of Remand Orders in *Buchanan v. Johnson & Johnson, et al*., 2:15-cv-05315-PA (AGR); *Carmona v. Johnson & Johnson, et al*., 2:15-cv-05317-PA (E); *Orsi v. Johnson & Johnson, et al*., 2:15-cv-05371-PA (GJS); *Robinson v. Johnson & Johnson, et al*., 2:15-cv-05382-PA (FFM); *Skelton v. Johnson & Johnson, et al*., 2:15-cv-05385-PA (E).

DECLARATION OF MARK SPARKS

1      15.    Attached hereto as Exhibit "13" is a true and correct copy of Defendants' Response to Plaintiffs' Motion for Transfer to the Southern District of West Virginia Pursuant to 28 U.S.C. § 1407 (Doc. # 39 in MDL 2327 – *In re Ethicon, Inc. Women's Pelvic Repair Products Liability Litigation.*

16.    Attached hereto as Exhibit "14" is a true and correct copy of Defendant Ethicon's Response in Opposition to Motion to Vacate CTO-1 as to Poole (Doc. # 168 in MDL 2327).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 24, 2015, at Beaumont, Texas.

_____
Mark Sparks