TUCKER ELLIS LLP
MOLLIE F. BENEDICT SBN 187084
mollie.benedict@tuckerellis.com
PETER L. CHOATE (SBN 204443)
Peter.choate@tuckerellis.com
JOSHUA J. WES SBN 238541
joshua.wes@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071-2223
Telephone:  213.430.3400
Facsimile:  213.430.3409

Attorneys for Defendant
ETHICON LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| REGINA WEST,<br><br>        Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, a New Jersey Corporation; ETHICON, INC., a New Jersey Corporation; ETHICON, LLC, a Limited Liability company; and DOES 1 through 500, inclusive,<br><br>        Defendants. | Case No. 2:15-CV-05392-JGB- SP<br><br>**DECLARATION OF JOSHUA J. WES IN SUPPORT OF DEFENDANT ETHICON LLC'S OPPOSITION TO MOTION TO REMAND**<br><br>Date:  August 24, 2015<br>Time:  9:00 a.m.<br>Courtroom:  1 (Riverside)<br><br>The Honorable Jesus G. Bernal<br><br>State Action Commenced:  June 22, 2015<br><br>[Filed concurrently with Memorandum of Defendant Ethicon LLC in Opposition to Motion to Remand] |

I, JOSHUA J. WES, declare that:

1.    I am an attorney at law duly authorized to practice before the courts of the State of California and am Counsel with the law firm of Tucker Ellis LLP, attorneys for Defendant Ethicon LLC ("Ethicon LLC") in the above captioned action.  I have personal

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

knowledge of all the facts attested to in this declaration and could competently testify thereto if called as a witness in this proceeding.

2.      On or about December 30, 2013, 67 Plaintiffs from 33 states filed a Complaint, styled *Robinson et al. v. Johnson & Johnson et al.,* BC531848, Los Angeles County Superior Court ("*Robinson*").  Ethicon LLC was never served in *Robinson*.

3.      On June 22, 2015, Los Angeles Superior Court Judge William F. Highberger granted Ethicon, Inc.'s motion to sever.  Attached as **Exhibit A** is a true and correct copy of Judge Highberger's Minute Order severing this action *Regina West v. Johnson & Johnson, et al.*, Case No. BC531848NNN, from Case No. BC531848.  Attached as **Exhibit B** is a true and correct copy of the Complaint in civil action BC531848.

4.      BC531848 was remanded on March 12, 2014.  A true and correct copy of the remand order is attached as **Exhibit C**.  On March 14, 2014, Defendant Ethicon, Inc. propounded product identification and surgery location information discovery.  On April 14, 2014, Plaintiffs served discovery responses demonstrating that their claims involved different products from various manufacturers, for different indications, implanted by different surgeons at different locations.  Defendant Ethicon, Inc. prepared a motion, *inter alia*, to sever Plaintiffs' claims from one another because they  did not arise from the same transaction or occurrence under the California Code of Civil Procedure.

5.      BC531848 was assigned to one of the Los Angeles Superior Court "personal injury" departments, which departments have long motion date wait times and no case management.  Defendant Ethicon, Inc. reserved the first motion date available, October 3, 2014.  The personal injury departments were established to manage the large volume of civil personal injury cases filed in Los Angeles Superior Court at a time that the court was underfunded and eliminating hundreds of positions as a result of the California State Court budget crisis, as discussed in California Supreme Court Justice Tani G. Cantil-Sakauye's March 2014 State of the Judiciary Address, available at  http://www.courts. ca.gov/25437.htm (last accessed July 10, 2015) and in Los Angeles Superior Court News Releases, available at http://www.lacourt.org/newsmedia/notices/newsrelease (last

TUCKER ELLIS LLP

Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

accessed July 10, 2015), true and correct copies of which are attached as **Exhibit D**. Several other manufacturer defendants named in similar multi-plaintiff cases filed by Plaintiffs' counsel brought similar motions in the personal injury department that were set earlier than Ethicon, Inc.'s motion.  Upon the hearing date on those motions, the personal injury department issued orders determining that the cases were complicated and that they should be transferred to an independent calendar court.  No substantive ruling was issued on the motions.  In order to avoid this same result, on July 3, 2014, Ethicon, Inc. preemptively filed a request to transfer the case to an independent calendar court and/or to designate the action as complex and reassign it to the Los Angeles Superior Court complex court.  On August 14, 2014, the Court issued an order designating the case complex and staying the case pending an Initial Status Conference before complex court Judge Shepherd Wiley, Jr. on October 9, 2014.  At the Initial Status Conference, Ethicon, Inc. requested that a briefing schedule and hearing date on the severance motion be set as soon as possible.  However, Judge Wiley's first available hearing date was March 3, 2015.  The motion was set for March 3, 2015 and the substantive stay remained in place, though Plaintiffs were permitted to pursue limited jurisdictional and venue discovery to oppose Ethicon, Inc.'s motion.  Shortly before March 3, Judge Wiley issued a scheduling order re-setting the hearing date for April 17, 2015.  Shortly before April 17, Judge Wiley again continued the hearing date pending a determination whether the case should be re-assigned to another complex court judge.  On  May 11, 2015, the case was reassigned to Judge William F. Highberger.  Judge Highberger set the motion for hearing on June 19, 2015, when it was finally heard.

6.     Ethicon LLC is a party to the Ethicon MDL.  There are over 12,000 cases in the MDL that name Ethicon LLC as a co-defendant.  Ethicon LLC was named as a defendant in the original Long Form, Short Form, and Amended Short Form Complaints until May 29, 2014, when Judge Goodwin ordered Ethicon LLC removed from the Complaints.  A true and correct copy of MDL Pretrial Order #117 dated May 29, 2014 is attached as **Exhibit E**.  Judge Goodwin did not dismiss Ethicon LLC.  Instead, he stated

DECLARATION OF JOSHUA J. WES IN SUPPORT OF OPPOSITION TO REMAND

TUCKER ELLIS LLP

Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

that "[a]t a later time, the court will initiate a show cause process regarding Ethicon, LLC in existing cases." No such order has issued and Ethicon LLC remains a party to the MDL for those cases filed and transferred to the MDL before May 29, 2014. Ethicon LLC filed a Master Long Form Answer in the MDL. Moreover, Ethicon LLC has participated in discovery in the MDL by responding to interrogatories, deposition notices, and requests for production. At this time, the total page count of documents produced by Ethicon LLC numbers over 47,000. Therefore, not only is Ethicon LLC a defendant in the MDL, it is an active participant. Indeed, Plaintiffs' counsel herein have over 400 pending cases in the MDL proceedings before Judge Goodwin in which they have named Ethicon LLC as a co-defendant as set forth in the table attached as **Exhibit F**. There are also 86 state court cases where Ethicon LLC is named as a defendant as set forth in the table attached as **Exhibit G**.

7.   Jury verdicts in single Plaintiff cases alleging the same injuries and damages as Plaintiff here in the past four years against various transvaginal mesh manufacturers have ranged from $1.2 million to over $73 million.

8.   Plaintiff's attorneys herein Girardi Keese, Arnold & Itkin, and the Mostyn Law Firm have filed at least 24 lawsuits in state courts other than California against Ethicon entities and other manufacturer defendants, misjoining plaintiffs from across the United States, which state cases were removed to the local federal district court encompassing the county where the state suit was filed and then transferred to MDL proceedings before the Honorable Joseph R. Goodwin who severed each case pursuant to court order after providing counsel the opportunity to object to severance. A table listing these cases is attached as **Exhibit H**.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed this 7th day of August, 2015, in Los Angeles, California.

*/s/ Joshua J. Wes* _____

Joshua J. Wes

DECLARATION OF JOSHUA J. WES IN SUPPORT OF OPPOSITION TO REMAND

TUCKER ELLIS LLP
Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

**CERTIFICATE OF SERVICE**

  I, Cynthia M. Harris, declare that I am a citizen of the United States and a resident of Los Angeles, California or employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is Tucker Ellis LLP, 515 South Flower Street, Forty-Second Floor, Los Angeles, California 90071-2223.

  On **August 7, 2015**, I served the following:  **DECLARATION OF JOSHUA J. WES IN SUPPORT OF DEFENDANT ETHICON LLC'S OPPOSITION TO MOTION TO REMAND** on the interested parties in this action by:

**(X)** **ELECTRONICALLY VIA ECF:**  the above-entitled document to be served electronically through the United States District Court, Central District ECF website, addressed to all parties appearing on the Court's ECF service list.  A copy of the "Filing Receipt" page will be maintained with the original document in our office.

(X) I declare that I am employed in the office of the Bar of this Court at whose direction the service was made.

  Executed on **August 7, 2015**, at Los Angeles, California

/s/ Cynthia M. Harris

CYNTHIA M. HARRIS

TUCKER ELLIS LLP

Cleveland ♦ Columbus ♦ Denver ♦ Los Angeles ♦ San Francisco

CERTIFICATE OF SERVICE

1095882.1