Paul R. Kiesel, State Bar No. 119854
*kiesel@kiesel-law.com*
Helen Zukin, State Bar No. 117933
*zukin@kiesel-law.com*
Melanie Palmer, State Bar No. 286752
*palmer@kiesel-law.com*
**KIESEL LAW LLP**
8648 Wilshire Boulevard
Beverly Hills, California 90211-2910
Tel: 310-854-4444
Fax: 310-854-0812

(*Additional Counsel listed on signature page*)

Attorneys for Plaintiff(s)

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Theresa Barnes,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05309 JGB(SPx)<br>**NOTICE OF ORDER RE: CONSOLIDATION OF HEARINGS**<br>New Date: August 24, 2015<br>New Time: 9:00 a.m.<br>Ctrm.: 1<br>Judge: Hon. Jesus G. Bernal |
| Linda Berry,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05311 JGB(SPx) |
| Carolyn Blackmer ,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05312 JGB(SPx) |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| Kelly Bradley-Lerma,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05313 JGB(SPx) |
| Merry Breeden,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05314 JGB(SPx) |
| Mallah Buell,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05316 JGB(SPx) |
| Serena Coovert,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05318 JGB(SPx) |
| Dawn Cunningham,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05319 JGB(SPx) |

| | |
|---|---|
| Ilham Dagon,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05320 JGB(SPx) |
| Martha Davis,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05326 JGB(SPx) |
| Margaret Duley,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05327 JGB(SPx) |
| Mary Edwards,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05330 JGB(SPx) |
| Judith Fesler,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05331 JGB(SPx) |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| Mary Friel,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05334 JGB(SPx) |
| Ruth Gaunt,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05335 JGB(SPx) |
| Patricia Gibbs,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05336 JGB(SPx) |
| Phyllis Goodman,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05339 JGB(SPx) |
| Dina Guase,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05340 JGB(SPx) |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| Sandra Hamann,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05342 JGB(SPx) |
| Jane Hewlett,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05344 JGB(SPx) |
| Janice Hird,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05345 JGB(SPx) |
| Shirlene Huffman,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05349 JGB(SPx) |
| Mary Katuin,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05352 JGB(SPx) |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| Lauri Kotzen,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05353 JGB(SPx) |
| Ava Krum,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05354 JGB(SPx) |
| Sharon Loughman,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05355 JGB(SPx) |
| Venita Masters,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05357 JGB(SPx) |
| Judy May,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05359 JGB(SPx) |

| | |
|---|---|
| Angela McCaskell,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05360 JGB(SPx) |
| Lisha McMillan,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05361 JGB(SPx) |
| Hildegard Mileusnic,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05362 JGB(SPx) |
| Marcille Miller,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05363 JGB(SPx) |
| Marian Moxley,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05364 JGB(SPx) |

| | |
|---|---|
| Tracy Muller,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05365 JGB(SPx) |
| Lisa J. Murphy,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05366 JGB(SPx) |
| Maida Naquin,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05367 JGB(SPx) |
| Wilhelmina Newman,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05368 JGB(SPx) |
| Joann Nunes,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05369 JGB(SPx) |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| Medina Omerovic,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05370 JGB(SPx) |
| Marie Parnell,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05372 JGB(SPx) |
| Donna Pearson,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05373 JGB(SPx) |
| Pamela Peele,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05374 JGB(SPx) |
| Gwen Peltier,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05375 JGB(SPx) |

| | |
|---|---|
| Pamela Piazza,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05376 JGB(SPx) |
| Tammy Piotrowski,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05377 JGB(SPx) |
| Bibiana Quiambao,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05378 JGB(SPx) |
| Joyce Reavis,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05379 JGB(SPx) |
| Bobbie Jo Renucci,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05380 JGB(SPx) |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

| | |
|---|---|
| Sherry Roberts, Plaintiff, v. Johnson and Johnson, et al., Defendants. | Case No: 2:15-cv-05381 JGB(SPx) |
| Valentine Schuler, Plaintiff, v. Johnson and Johnson, et al., Defendants. | Case No: 2:15-cv-05383 JGB(SPx) |
| Susan Schuricht, Plaintiff, v. Johnson and Johnson, et al., Defendants. | Case No: 2:15-cv-05384 JGB(SPx) |
| Jada Spangler, Plaintiff, v. Johnson and Johnson, et al., Defendants. | Case No: 2:15-cv-05386 JGB(SPx) |
| Pamela Stewart, Plaintiff, v. Johnson and Johnson, et al., Defendants. | Case No: 2:15-cv-05387 JGB(SPx) |

| | |
|---|---|
| Shirley Stewart,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05388 JGB(SPx) |
| Beverly Tinkham,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05389 JGB(SPx) |
| Georgina Vokaty,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05390 JGB(SPx) |
| Linda Walton,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05391 JGB(SPx) |
| Regina West,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05392 JGB(SPx) |

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

12

**NOTICE OF ORDER RE CONSOLIDATION OF HEARINGS**

| Marie Wick,<br>Plaintiff,<br>v.<br>Johnson and Johnson, et al.,<br>Defendants. | Case No: 2:15-cv-05393 JGB(SPx) |
|---|---|

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Court issued the following orders:

1. **Consolidation of Hearings**. The hearings on Plaintiffs' Motions to Remand and Defendant's Motions to Stay in the above-referenced cases will be consolidated and heard by the Honorable Jesus G. Bernal in Courtroom 1 of the United States District Court for the Central District of California on August 24, 2015, at 9:00 a.m.

2. **Previous Hearing Dates Vacated**. All motion hearing dates previously set in the above-referenced cases are hereby vacated.

3. **Scheduling Conferences Vacated**. Scheduling Conferences currently set in the above-referenced cases, and all related dates, are vacated.

4. **Chambers Copies**. Duplicative chambers copies are not required for further filings that are substantially the same as those previously filed in one of the above referenced cases, provided that a chambers copy of the Motion, Opposition, Reply, or Declaration was already delivered to the Court.

Counsel for Plaintiffs was ordered to provide, and hereby provides, notice of these orders.

DATED: August 9, 2015 **KIESEL LAW LLP**

By: */s/ Helen Zukin*
Paul R. Kiesel
Helen Zukin
Melanie Palmer

KIESEL LAW LLP
Attorneys at Law
Beverly Hills, California

**ARNOLD & ITKIN LLP**
Kurt B. Arnold
Jason A. Itkin
Noah M. Wexler
Caj D. Boatright
6009 Memorial Drive
Houston, TX 77007
Tel: (713) 222-3800
Fax: (713) 222-3850

DATED: August 9, 2015

**THE MOSTYN LAW FIRM**

By: *_/s/ Mark Sparks_*
J. Steve Mostyn
Mark Sparks
3810 W. Alabama Street
Houston, TX 77027
Tel: (713) 861-6616
Fax: (713) 861-8084

Attorneys for Plaintiff(s)